AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Alabama

RECEIVED

2025 MAR 21  P 1: 41

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW HOURANY | )<br>)<br>)   Case No.  2:25-mj-102-CWB<br>)<br>)<br>)<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____March 11, 2025_____ in the county of _____Chilton_____ in the
_____Middle_____ District of _____Alabama_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Attempted Production of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carl T. Elam, FBI Special Agent
*Printed name and title*

Subscribed and sworn to electronically in my presence:

Date: _____03/21/2025_____

_____
*Judge's signature*

City and state: _____Montgomery, AL_____

Chad W. Bryan, U.S. Magistrate Judge
*Printed name and title*

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Carl Elam, being duly sworn, do hereby state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2022. As a federal agent, my duties include, but are not limited to, the investigation and enforcement of Titles 18, 21 and 31 of the United States Code (U.S.C.). I am an "investigative or law enforcement officer of the United States" within the definition in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses. As an FBI Special Agent, I received 18 weeks of training at the FBI Academy in Quantico, Virginia. This training covered the methods of investigating violations of federal statutes including violent crime and fraud related matters. Prior to my employment with the FBI, I was employed by Akron (Ohio) Police Department from February 2014 through August 2022. I received my Ohio Peace Officer Certification after attending Kent State Police Academy from September 2012 through January 2013.

2.      I am currently assigned to FBI Mobile, Montgomery Resident Agency, on the Central Alabama Safe Streets Task Force ("CASSTF") where my primary responsibility is the investigation of violent criminal activity. Based upon my training and experience, I am familiar with the types of criminal activity perpetrated by criminals, to include acts of violence. As part of my duties on the Violent Crimes squad, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. Based on my training and experience, regarding investigating child exploitation and child pornography, I have had the opportunity to observe and review various examples of child

1

pornography in all forms of media including computer media. In addition, I have conducted and participated in the execution of several search warrants that involved child exploitation and/or child pornography offenses. Coordinating and assisting with these search warrants has given me an understanding of how people involved with offenses relating to the sexual exploitation of children use the Internet and other digital platforms to further those offenses. Finally, I have spoken to other experienced law enforcement officers concerning the results of their own investigations into child sex trafficking cases and cases in which an adult purchasing child pornographic material from others in different countries or states and the methods and practices of people who commit such crimes. I have also conducted forensic examinations of cellphones and other digital storage devices used to perpetuate and communicate about criminal activity.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.      I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for **Matthew Hourany,** at 295 Alabama Ave, Thorsby, Alabama 35171, for violations of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B). This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of an arrest warrant.

## PROBABLE CAUSE

5.      December 2024, The FBI Mobile Division – Montgomery Resident Agency began reviewing National Center for Missing and Exploited Children (NCMEC) Cyber Tipline Reports (the "Cyber Tip"), involving the possible possession of child sexual abuse material. NCMEC Cyber Tip reported that an individual by the name of Matthew Mims is suspected to be in possession of child sexual abuse material (CSAM) over the Google and Adobe application. CSAM

2

is commonly referred to as "Child Pornography," and the terms are often interchanged in these types of cases.

6.        Google, LLC submitted to NCMEC eight (8) out of ten (10) uploaded CSAM files. Google reviewed eight uploaded files and categorized two (2) as apparent child pornography and seven (7) as unconfirmed child pornography files (Not all files will have categorizations, and some might have multiple categorizations). According to Google, the following account subscriber uploaded the CSAM files:

- Name: Matthew Mims

- Mobile Phone: +12052454217

- Date of Birth: 06/28/1989

- Email Address: alabamapowersub@gmail.com

- Email Address: mlhourany@yahoo.com

- IP Address: Provided various IP Addresses

7.        After further investigation by FBI Montgomery, Matthew Louis Hourany of 295 Alabama Ave, Thorsby, Alabama, date of birth 06/28/1989, is believed to use the alias Matthew Mims. FBI Montgomery conducted an open-source search into Matthew Hourany and located his Facebook account matthew.hourany. Hourany's mother, Susan Beasley Mims, posted several photographs of Matthew Hourany and what appears to be his child on Hourany's Facebook account. On March 30, 2024, Mims also posted a photo photograph of Hourany wearing an Alabama Power sweatshirt. This information listed above correlates with Hourany using his mother's last name and the email address alabamapowersub@gmail.com. Below is the information pertaining to the suspected possession of child pornography from Google that was submitted to NCMEC.

3

8.      On December 26, 2024, Federal Bureau of Investigation Special Agent Carl Elam reviewed NCMEC Cyber Tipline Reports #199236192 and #185112358 along with the attached files. The Cyber Tipline Reports were provided via Teleporter on December 20, 2024, from FBI Intelligence Analyst Rebecca Moloney. NCMEC Report # 199236192, which listed the incident type as "Child Pornography," reported the following ten files that were associated with the Google account:

a.      Located in filename 64d24843e01352e1e0f954f4d57e1d5d-Videoshop_2024-09-12_09-10-26- 235.MOV is a 54-second self-made video, labeled Videoshop, which depicts what appears to be two white prepubescent female children, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the prepubescent female child removes clothing becoming fully nude in what appears to be in a bathroom, with her breast and vagina fully exposed. Then the video cuts to what appears to be a bedroom, with Victim #1 nude with her breast fully exposed. The video cuts to Victim #2, a prepubescent female child fully nude in what appears to be in same mentioned bathroom, with her breast and buttock fully exposed. Victim #1 and Victim #2 engage in kissing. The platform for this portion of the video appears to be Snap Chat. Then the video cuts to Victim #1 in the same mentioned bathroom fully nude, with her breast, vagina, and anus fully exposed.

b.      Located in filename eb140421bfdd1358a0ee3afc29db0da1-7783831577433509631.MP4 is a 17 minute 10 second unknown videotelephony product with messaging capabilities (Video Chat Platform), which appears to be not original. The top screen user (Victim #1) appears to be a white prepubescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the prepubescent female child is fully nude in what appears to be in a bedroom, with her breast, vagina, and anus fully exposed. Victim #1 engages in sexual activity to include masturbation and bondage. The bottom screen user (Victim #2) appears to be a white prepubescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #2 - the prepubescent female child is fully nude in what appears to be on a bed, with her breast and buttock fully exposed. Victim #2 is performing oral sex with what appears to be a nude adult male, who is laying on his back. Victim #2 the prepubescent female child, who is estimated to be less than 8 years of age, and the nude adult male engage in sexual intercourse. At 0:03:15, video cuts to the same top screen user. The bottom screen user (Victim # 3 and 4) appears to be two white prepubescent female children, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #3 the prepubescent female child is estimated to be less than 10 years of age. Victim #4 the prepubescent female child is estimated to be less than 5 years of age. Victim #3 and 4 - the prepubescent female children are fully nude in what appears to be in on a bed in a bedroom, with their breast and vagina fully exposed. Victim #3 and Victim #4 are engaged in touching and kissing. It appears that Victims #3 and 4 are being directed by an adult person, who shows hand in

4

the video. The adult person proceeds to rubs the vagina of Victim # 4. At 0:05:19, video cuts to the same top screen user. The bottom screen user (Victim #5) appears to be a white prepubescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #5 - the prepubescent female child is fully nude on her back on a bed, with her breast and vagina fully exposed. Victim #5 the prepubescent female child, who is estimated to be less than 8 years of age, and a nude adult male engage in sexual intercourse.

c.      Located    in    filename    16fd911b3b76b26120a2be628f63ad19—1131843187497641944.MP4 is a 2 minute and 16 second self-made video, filter labeled; She's only 12, underage, young euro girls, cock cleaner, cumdump whore, 12 yo, perv for young girls, #r@pe toy, @ragnarlinkss. The video depicts what appears to be a white adolescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the adolescent female child removes clothing becoming fully nude, with her breast vagina, and anus fully exposed. Victim #1 the adolescent female child, who is estimated to be less than 14 years of age, engages in sexual activity to include masturbation.

d.      Located in filename 807c2d99d9db6ef3ceaf8d77eadb3ae4-yt girl.MP4 is a 17 minute and 35 second self-made video, depicts what appears to be a white adolescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the adolescent female child removes clothing becoming fully nude in what appears to be a bathroom, with her breast vagina, and anus fully exposed. Victim #1 the adolescent female child, who is estimated to be less than 14 years of age, engages in sexual activity to include masturbation.

e.      Located in filename 92ecf481934826019bd50d84cb1e9210-esp920.MP4 is a 3 minute and 47 second self-made video, depicts what appears to be a white prepubescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the prepubescent female child is fully nude in what appears to be a laundry room, with her breast vagina, and anus fully exposed. Victim #1 the prepubescent female child, who is estimated to be less than 8 years of age, engages in sexual activity to include masturbation.

f.      Located in filename 281ac065c8d9971915b4f6bfd4dc54d1-YUJ757.MP4 is a 16 minute and 7 second self-made video, which depicts what appears to be two white adolescent female children, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the adolescent female child is fully nude in what appears to be in a bathroom and later a bedroom, with her breast and vagina fully exposed. Victim #2 - the adolescent female child is fully nude in what appears to be in a bathroom and later a bedroom, with her breast and vagina fully exposed. Victim #1 and 2 adolescent female children is both estimated to be less than 12 years of age.

g.      Located    in    filename    9dc4bb2b898668c98cb88266e5840894—6190530400062290048.MP4 is a 21 minute and 34 second self-made video, depicts what appears to be a white prepubescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the

5

prepubescent female child is fully nude in what appears to be a laundry room, with her breast vagina, and anus fully exposed. Victim #1 the prepubescent female child, who is estimated to be less than 10 years of age, engages in sexual activity to include masturbation.

9.     Adobe submitted to NCMEC one uploaded CSAM file. Adobe reviewed the uploaded file and categorized it as apparent child pornography. According to Adobe, the following account subscriber uploaded the CSAM file:

- Name: Matthew Hourany

- Email Address: Telhasteezee@icloud.com

- IP Address: 107.127.28.131 (Login) and 144.163.21.9 (Upload)

- Adobe Product: Revel Lightroom

10.     On December 26, 2024, Federal Bureau of Investigation Special Agent Carl Elam reviewed NCMEC Cyber Tipline Reports #185112358 along with the attached files. The Cyber Tipline Reports were provided via Teleporter on December 20, 2024, from FBI Intelligence Analyst Rebecca Moloney. NCMEC Report # 185112358, which listed the incident type as "Child Pornography," reported the following ten files that were associated with the Adobe account;

a.     Located in filename file_1068429081398133044.MP4 is a 2 minute and 11 second self-made video, depicts what appears to be a prepubescent female child, based on a complete absence of pubic hair and diminutive body size comparative to an adult female head. Victim #1 - the prepubescent female child is fully nude in on a bed, with her breast and vagina and fully exposed. Victim #1 the prepubescent female child, who is estimated to be less than 8 years of age, and a nude adult male engage in sexual intercourse.

11.     On January 1, 2025, subpoena results were received from AT&T, pertaining to subpoena requesting information concerning phone number 205-245-4217. According to AT&T records, the phone number's subscriber information came back to Matthew Hourany, 295 Alabama Ave, Thorsby, Alabama 35171. Matthew Hourany has been a customer with AT&T since March 9, 2019, with a listed email address mlhourany@yahoo.com. As of July 31, 2023, the phone attached to the phone number was registered as an Apple iPhone 14 Pro Max.

6

12.    On January 8, 2025, subpoena results were received from Yahoo, Inc. (Yahoo), pertaining to email address subscriber records, specifically email address mlhourany@yahoo.com. According to Yahoo, the email address mlhourany@yahoo.com has been used since 29 December 2011 by; Matthew Hourany, 35171 (Thorsby/ Chilton County, AL), Recovery Email: mlhourany@yahoo.com, Recovery Phone: 205-245-4217, and Registration IP Address: 99.195.234.44.

13.    On January 13, 2025, subpoena results were received from Yahoo, Inc. (Yahoo), pertaining to email address subscriber records, specifically email address matthour@yahoo.com and mlh8908@yahoo.com. According to Yahoo, the email address matthour@yahoo.com has been used since October 16, 2021, by; Matth Hour, Recovery Phone: 205-245-4217. According to Yahoo, the email address mlh8908@yahoo.com has been used since October 31, 2018, by; Matt Mims, Recovery Phone: 205-245-4217, Registration IP Address: 174.255.192.185

14.    On January 8, 2025, subpoena results were received from Century Link / Lumen (Century), pertaining to IP addresses, specifically IP address 144.163.21.9, 144.163.55.87, and 144.163.64.92. According to Century, the previous listed IP addresses are associated with "user" ct1106841978. According to Century records, "user" ct1106841978 is related to phone number 205-646-0478, which is the phone number the company has for the following subscriber; Matthew Hourany, 295 Alabama Ave, Thorsby, Alabama.

15.    On December 31, 2024, a subpoena for Block, Inc., was issued by FBI Mobile Division – Montgomery Resident Agency. FBI Montgomery served said subpoena to Block, Inc. On January 28, 2025, Block, Inc. provided records in response to said subpoena. Those production records were retained as evidence in the captioned investigation. The production records were related to the Block, Inc. accounts associated with Matthew Hourany.

7

16.    On January 28, 2025, Federal Bureau of Investigation Special Agent Carl Elam initiated a review of the Block, Inc production records. The subscriber information for Block account # C_fyeveqy6s was identified as belonging to Matthew Hourany, listed address of 295 Alabama Ave, Thorsby, Alabama, with a date of birth of 06/28/1989. A card payment source was attached to this account; Regions Bank, Card # 4355460261333990, with a client IP Address of 144.163.41.46.

17.    A review of the attempted P2P payments showed two payment transaction with the following transaction comments made by Matthew Hourany; "here's $25 more. Add my snap: mattlh11" and "Do you have Snapchat? message me mattlh11."

18.    On January 8, 2025, a federal search warrant for Google, LLC., was issued by United States District Court for the Middle District of Alabama U.S. Magistrate Judge Jerusha T. Adams. FBI Montgomery served said search warrant to Google, LLC. On January 8, 2025, Google LLC provided records in response to said federal search warrant. Those production records were retained as evidence in the captioned investigation. The production records were related to the Google account with email address alabamapowersub@gmail.com.

19.    On January 15, 2025, Federal Bureau of Investigation Special Agent Carl Elam initiated a review of the Google production records that included; 56 compressed zipped folders and 1 pdf file; Folders 80006504-20250108-1 thru 80006504-20250108-56 and six (6) Google subscriber account information. Google subscriber information for the Google account, alabamapowersub@gmail.com was located in folder 80006504-20250108-8. The compressed zipped folder contains 107 compressed zipped sub-folders. The records located in these folders contained the following subscriber information; Matthew Hourany, Matthew Mims, Date of Birth: 06/28/1989, Phone Number: 205-245-4217, Email: alabamapowersub@gmail.com, Email:

8

mlhourany@yahoo.com, IP Address: 107.119.65.95, 2024-09-18 14:19:21Z, IP Address: 107.119.65.116, 09-10-2024 20:38:40Z, IP Address 144.163.64.92, 2024-09-08 16:34:22Z.

20.     Further review of Google production records, Special Agent Carl Elam observed numerous MOV, MP4, and JPG files depicting child pornography, meeting the definition of "child pornography" under 18 U.S.C. § 2256(8). The files located in Hourany's Google drive were detailed and organized. The CSAM files were categorized by the minor children victims' names and their associated age. There were also folders labeled by the age of random unknown minor victims and/or folder labeled "Incoming" for what appeared to be new "incoming" CSAM files. The Google's production records contained approximately 256 gigabytes (GB) of predominately CSAM files. Inside Folder 80006504-20250108-3 and sub folder alabamapowersub@gmail.com.267809111083.Drive.DriveFiles_033, were the following labeled folders; 13 YO, Izzy 13, Sidney 14, Tessa 15, and Zaide 13. The folder labeled 13 YO contained 2 items of MP4 and JSON files. The movie files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 15 years of age, produced "selfie" type of content, exposing her breast and vagina.

21.     The folder labeled Izzy 13 contained 1 item of MP4 file. The movie file depicts what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 15 years of age, produced "selfie" type of content, exposing her breast anus, and vagina. The folder labeled Sidney 14 contained 28 items of MOV, JSON and JPG files. The movie and picture files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 15 years of age, produced "selfie" type of

9

content, exposing her breast and vagina. The adolescent child engages in sexual activity to include oral sex and masturbation. The folder labeled Sidney 14 contained 28 items of MP4, JSON, and JPG files. The movie and picture files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 15 years of age, produced "selfie" type of content, exposing her breast and vagina. The adolescent child engages in sexual activity to include masturbation and intercourse with an adult male. The folder labeled Zaide 13 contained 35 items of MP4, MOV, JSON, and JPG files. The movie and picture files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 15 years of age, produced "selfie" type of content, exposing her breast and vagina. The adolescent child engages in sexual activity to include masturbation. Some of the videos were associated with the Snapchat username Flower Face, recorded on May 17, 2023.

22.    Several CSAM files that were associated with the social media platform Snapchat, that were recovered from the Google Drive records. Inside Folder labeled 80006504-20250108-9 and sub folder alabamapowersub@gmail.com.267809111083.Preserved_003.Drive.DriveFiles_002 were folders labeled; Elisabeta Plourde 14, Incoming, Madison Rankin 16-18, and Malia Larsen 17. The folder labeled Madison Rankin 16-18 contained 2 items of MOV and JPG files. The movie and picture files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 17 years of age, produced "selfie" type of content, exposing her breast. The beginning part of the video showed a Snapchat messaging list that included; Madison Rankin, Alisa Yusenko, Lina, Jess, Hailey Kaylee, Aiden Echols, Virgins Be Out Here, Natalie, Riley, and Claire. The Snapchat account appears to

10

be a white male, based on the profile picture bitmoji. A bitmoji is an account owners own personal emoji. It's an expressive cartoon avatar, most commonly used as a profile picture. The folder labeled Malia Larsen 17 contained 27 items of MOV and JPG files. The movie and picture files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 18 years of age, produced "selfie" type of content, exposing her breast. The beginning part the video showed a Snapchat messaging list that included; Malia Larsen, Ella, Madison Rankin, Ireland Foley, Riley, kureeuh, Stanka, Addison, Matt, and salma 14. The Snapchat account appears to be a white male, based on the profile picture bitmoji. A VISA payment ending #3990, on March 4, 2024, was attached to one of the snapchat messages.

23.    Inside Folder labeled 80006504-20250108-10 and sub folder alabamapowersub@gmail.com.267809111083.Drive.DriveFiles_049 were folders labeled; Alisa Yusenko 17, Alyssa Chapman, Arianna Hampton 15-16, Madison Rankin 16-18. The folder labeled Madison Rankin 16-18 contained 90 items of MOV, MP4, JSON and JPG files. The movie and picture files depict what appears to be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 17 years of age, produced "selfie" type of content, exposing her breast and vagina. In beginning of video file RPReplay_Final1701715877, there is a captured image of the Snapchat user associated with the white male profile picture bitmoji, who is identified as Matthew Hourany. Hourany received a direct video message from Snapchat username "Madison Rankin". It appears that before opening the video message, Matthew Hourany used an unknown cellular device video screen recorder application to record the video message on Snapchat for his records. The recorded video showed the Snapchat direct video message from Madison Rankin, which depict what appears to

11

be a white adolescent child, based on diminutive body size comparative to an adult female head. The adolescent child, who is estimated to be less than 17 years of age, produced "selfie" type of content, exposing her breast.

24.    On January 8, 2025, a federal search warrant for Adobe Systems, Inc. (Adobe), was issued by United States District Court for the Middle District of Alabama U.S. Magistrate Judge Jerusha T. Adams. FBI Montgomery served said search warrant to Adobe. On February 27, 2025, Adobe provided records in response to said federal search warrant. Those production records were retained as evidence in the captioned investigation. The production records were related to the Adobe account with email address telhasteezee@icloud.com.

25.    On February 27, 2025, Special Agent Carl Elam initiated a review of the Adobe production records. Special Agent Carl Elam observed a large number of screenshots (image copying) of unknown females' social media accounts. The images were edited to place female breasts over the clothed female. Special Agent Carl Elam did locate files depicting child pornography, meeting the definition of "child pornography" under 18 U.S.C. § 2256(8).

26.    On March 6, 2025, FBI Montgomery became aware that Matthew Hourany had a half-sister, E.M. [Protected Victim Identity]. Matthew Hourany and E.M. share the same mother, Susan Mims. Special Agent Carl Elam searched "Emily" in the Google records, associated with Google account alabamapowersub@gmail.com. Inside Folders; 80006504-20250108-50, 80006504-20250108-34, 80006504-20250108-22, 80006504-20250108-25, 80006504-20250108-20, 80006504-20250108-18, and 80006504-20250108-13, Special Agent Carl Elam located a total of four (4) videos of E.M., in her bathroom and bedroom located at 9122 Franklin Street, Thorsby, Alabama. One movie file depicts E.M, who is estimated to be 14 years of age, produced by a hidden camera in the bathroom capturing E.M. exiting the shower, exposing her breast and vagina.

12

The movie file had a timestamp of April 13, 2016. Other movie files depict E.M., who is estimated to be 16 years of age, produced by a hidden camera in her bedroom capturing Emily Mims changing clothes, exposing her breast. The movie files had a timestamp of September 12, 2018.

27.    On March 7, 2025, a federal search warrant for the residence belonging to Matthew Hourany, located at 295 Alabama Ave, Thorsby, Alabama, was issued by United States District Court for the Middle District of Alabama U.S. Magistrate Judge Chad W. Bryan. On March 11, 2025, FBI Montgomery executed said search warrant.

28.    On March 20, 2025, FBI Montgomery and FBI Child Adolescent Forensic Interviewer Shannon Martucci conducted a Child and Adolescent Forensic Interview (CAFI) of Brantley Hourany (hereinafter "B.H." – a fourteen (14) year old juvenile), Hourany's son. During the interview, B.H. provided the following information: B.H. resides with Hourany on the first and third weekend of every month. Since B.H. was approximately twelve (12) years old, approximately every three (3) months, B.H. would be exiting the kitchen of the residence into the living room and would see Hourany lying on the couch looking at "girls." Sometimes the "girls" were wearing clothes and other times the "girls" were not wearing clothing. B.H. did not know the age of the "girls" but believed the "girls" to be older than B.H / possibly older than sixteen (16). B.H. did not see any "girls" that looked younger than B.H. B.H. believed Hourany was using Artificial Intelligence (AI) to remove the "girls'" clothes. B.H. believed this because at least once, B.H. saw the clothing be removed/erased when Hourany moved his finger. Hourany never deliberately showed B.H. the images, but believed Hourany knew B.H. had seen the images/videos because Hourany would swipe up / close the phone application when B.H. could see what Hourany was doing on the phone. B.H. only saw Hourany looking at "girls" from Hourany's cell phone. Following the search warrant of Hourany's residence, Hourany called B.H. to explain to B.H. the

13

situation. On the phone call, Hourany told B.H. the following information: Hourany was not looking at "young girls," Hourany was "looking at girls that were like sixteen (16) and seventeen (17)."

29.    On March 20, 2025, FBI Montgomery and FBI Child Adolescent Forensic Interviewer Shannon Martucci conducted a (CAFI) of E.M., the half-sister of Hourany. During the interview, E.M. provided the following information: After the search warrant of Hourany's residence, Hourany sobbed and apologized to E.M. for secretly recording E.M. Hourany told E.M. that he only recorded E.M. one time on one day and thought he had deleted the video. Hourany told E.M. that he did not sell or distribute the video of E.M., and therefore did not know how the FBI had the video.

30.    During the interview, E.M. was shown several still images from four (4) different videos. After being shown the still images from the videos labeled MOVI355 and MOVI356, which displayed the date: 04/13/2016, E.M. confirmed the following information: It was E.M.'s bathroom and bedroom depicted in the photo. E.M. confirmed it was her in the video. E.M. was not aware of the camera in the bathroom, and therefore believed it was a hidden camera. Based on E.M. body image in the still photos, E.M. believed she would have been thirteen (13) to fourteen (14) years old in the video, which was consistent with E.M. having turned fourteen (14) years old on March 21, 2016 – twenty-three (23) days prior to the date stamp on the video.

31.    After being shown the still images from the videos labeled MOVI326 and MOVI327, which displayed the date: 09/27/2018, E.M. confirmed the following information: It was E.M.'s bedroom depicted in the video. E.M. confirmed it was her in the video. E.M. was not aware of the camera in the bedroom, and therefore believed it was a hidden camera. E.M. believed that she was at least sixteen (16) years old in the videos based on her haircut. E.M. first cut her

14

hair to the length depicted in the video when she was about sixteen (16) years old, before that her hair was always longer.  E.M. belief that she would have been sixteen (16) was consistent with the date stamp on the video – E.M. turned sixteen (16) on March 21, 2018.

32.     According to Hourany family members, at an unspecified time, Matthew Hourany attempted to commit suicide following the search warrant, on March 11, 2025. Matthew Hourany called a family member and told them that he attempted to take pills at his residence and needed help. Matthew Hourany was admitted to the hospital and held on a 72-hour psychological hold. This information was confirmed by Brandy Carden and E.M.

33.     Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that **Matthew Hourany.** is in violation of Title 18 U.S. Code §§ 2251(a) and 225A(2)(5)(B).

Respectfully submitted,

Carl T. Elam
SPECIAL AGENT
FEDERAL BUREAU OF
INVESTIGATIONS

Subscribed and sworn to before me
on the 21st day of March 2025:

CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

15