IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2025 APR 23  P 12: 32

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25cr255-ECM-KFP |
| | ) | [18 U.S.C. § 2251(a) and (e), |
| MATTHEW HOURANY | ) | 18 U.S.C. § 2252A(a)(5)(B)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1
(Attempted Production of Child Pornography)

Beginning on or about April 13, 2016 and continuing through on or about March 11, 2025, in Chilton County, within the Middle District of Alabama, the defendant,

MATTHEW HOURANY,

did attempt to and did employ, use, persuade, induce, entice and coerce a minor, **Minor Victim 1**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

<u>COUNT 2</u>
(Possession of Child Pornography)

On or about March 11, 2025, in Chilton County, within the Middle District of Alabama, the defendant,

MATTHEW HOURANY,

knowingly possessed material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

<u>FORFEITURE ALLEGATION</u>

A.      The allegations contained in Counts 1 and 2 of this Indictment are incorporated by reference for alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

B.      Upon conviction for the violations of Title 18, United States Code, Section 2252A(a), as alleged in Counts 1 and 2 of this Indictment, the defendant,

MATTHEW HOURANY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1)      any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2

(2)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and,

(3)    any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

Such property includes, but is not limited to:

- OMEN Computer (black in color) with serial number 8CG24932QL;
- CyberPC Model C – ET8070-28203 Computer (black in color);
- Apple iPhone (silver in color) with a clear case;
- ASUS GU603H Laptop (black in color) with serial number MBNRKD030523444;
- Microsoft Xbox Series X ;
- Samsung Smartphone (black in color);
- Apple iPad Pro Tablet (gray in color);
- Secured Digital Card (black in color).

C.    If any of the property described above, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

3

All pursuant to Title 18, United Sates Code, Section 2253.

A TRUE BILL:

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Tara S. Ratz
Assistant United States Attorney

4