IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-00255-ECM-CWB |
| | ) | |
| MATTHEW HOURANY | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO
UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America files the above-captioned Motion, and as reasons therefore, submits the following:

1.     Defendant qualifies for a reduction in his sentence pursuant to U.S.S.G. § 3E1.1(b) because he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2.     Accordingly, pursuant to U.S.S.G. § 3E1.1(b), a one level reduction is appropriate.  Combined with the two-level reduction applied to Defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three levels should be applied to Defendant's offense level for his acceptance of responsibility.

Respectfully submitted this the 20th day of April, 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*/s/John J. Geer, III*____
JOHN J. GEER, III
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
Tel: (334) 223-7280
Email: john.geer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-00255-ECM-CWB |
| | ) | |
| MATTHEW HOURANY | ) | |

## CERTIFICATE OF SERVICE

I, John J. Geer, III, Assistant United States Attorney, hereby certify that on this the 20th day of April, 2026, I filed the foregoing with the Clerk of the Court through the CM/ECF system, which will provide notification of such filing to counsel for defendant.

Respectfully submitted,

*/s/John J. Geer, III*
JOHN J. GEER, III
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
E-mail: john.geer@usdoj.gov

3