IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:25-cr-255-ECM |
| | ) | |
| MATTHEW HOURANY | ) | |

## **MOTION FOR AN UPWARD VARIANCE**

The government moves for an upward variance consistent with the plea agreement.

Justification is included in the government's sentencing memorandum.

Respectfully submitted this the 21st day of April 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY


*/s/ Tara S. Ratz*
TARA S. RATZ
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Tara.Ratz@usdoj.gov

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:25-cr-255-ECM |
| | ) | |
| MATTHEW HOURANY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I filed the foregoing under seal with the Clerk of

the Court and provided a copy to counsel for the defense and the United States Probation via

email.

Respectfully submitted,


*/s/ Tara S. Ratz*
TARA S. RATZ
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Tara.Ratz@usdoj.gov

2